# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 22, 2024
Lyle W. Cayce
Clerk

No. 22-50775

La Union del Pueblo Entero; Friendship-West Baptist Church; Anti-Defamation League Austin, Southwest, and Texoma; Southwest Voter Registration Education Project; Texas Impact; Mexican American Bar Association of Texas; Texas Hispanics Organized for Political Education; JOLT Action; William C. Velasquez Institute; James Lewin; Fiel Houston, Incorporated,

*Plaintiffs—Appellees,*

*versus*

Jane Nelson, *In Her Official Capacity as Texas Secretary of State*; Ken Paxton, *In His Official Capacity as Attorney General of Texas*; State of Texas,

*Defendants—Appellants,*

consolidated with
No. 22-50777

Mi Familia Vota; Marla Lopez; Marlon Lopez; Paul Rutledge,

*Plaintiffs—Appellees,*

*versus*

Gregory W. Abbott, *In His Official Capacity as Governor of Texas*; Jane Nelson, *In Her Official Capacity as Secretary of State of Texas*; Ken Paxton In His Official Capacity as Attorney General of Texas,

                *Defendants—Appellants*,

_____

Delta Sigma Theta Sorority, Incorporated; Houston Area Urban League, The Arc of Texas; Jeffrey Lamar Clemmons,

                *Plaintiffs—Appellees*,

*versus*

Gregory Wayne Abbott, *In His Official Capacity as the Governor of Texas*; Ken Paxton In His Official Capacity as the Attorney General of Texas,

                *Defendants—Appellants*,

_____

Mi Familia Vota; Marla Lopez; Marlon Lopez; Paul Rutledge,

                *Plaintiffs—Appellees*,

*versus*

Greg Abbott, *In His Official Capacity as Governor of Texas*; Jane

Nelson, *In Her Official Capacity as Texas Secretary of State*; Ken Paxton In His Official Capacity as Attorney General of Texas,

               *Defendants—Appellants*,

_____

consolidated with
No. 22-50778

_____

La Union Del Pueblo Entero; Et al.,

               *Plaintiffs*,

*versus*

Gregory W. Abbott, *In His Official Capacity as Governor of Texas*; Et al.,

               *Defendants*,

_____

OCA-Greater Houston; League of Women Voters of Texas; REVUP-Texas; Workers Defense Action Fund,

               *Plaintiffs—Appellees*,

*versus*

Jane Nelson, *In Her Official Capacity as Texas Secretary of State*; Ken Paxton, *Attorney General, State of Texas*,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CV-844
USDC No. 5:21-CV-848
USDC No. 5:21-CV-920

_____

ORDER:

     IT IS ORDERED that Appellees OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund's unopposed motion for partial dismissal of the appeal as to Workers Defense Action Fund only is GRANTED.

                            LYLE W. CAYCE, CLERK
                       United States Court of Appeals
                           for the Fifth Circuit
                             /s/ Lyle W. Cayce

     ENTERED AT THE DIRECTION OF THE COURT